# LAMB | McERLANE PC
## ATTORNEYS AT LAW

Scot R. Withers<br>
Telephone: (610) 430-8000<br>
Facsimile: (610) 696-6668<br>
Email: swithers@lambmcerlane.com

March 15, 2022

**<u>VIA FEDEX OVERNIGHT</u>**
Joshua C. Lewis, Clerk of Court
Joseph F. Weis, Jr.
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

      **RE:**    **Misc. No. 20-00002**
                 **Supreme Court of PA, No. 2656**
                 **Disciplinary Docket No. 3, No. 66 D.B. 2017**
                 **Anthony C. Mengine, Attorney Registration No. 63209**

Dear Mr. Lewis:

      Enclosed for filing with the Court, please find one original and two copies of the Petition for Reinstatement to the Bar of the United States District Court for the Western District of Pennsylvania. Kindly file the original, and return one time-stamped copy to me in the stamped self-addressed envelope provided herewith.

      Per our discussion with Denee Breter on March 14, 2022, no deposit for costs of proceeding is necessary for this filing.

Sincerely,<br><br>
<i>/s/ Scot R. Withers</i><br>
Scot R. Withers

SRW/rmm
Enclosures
cc:    Anthony C. Mengine, Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: DISCIPLINE OF ANTHONY | : | Misc. No. 20-00002 |
| CHARLES MENGINE, ATTORNEY | : | |
| REGISTRATION NUMBER 63209, | : | (Supreme Court of |
| A MEMBER OF THE BAR OF THE | : | Pennsylvania, No. 2656 |
| UNITED STATES DISTRICT | : | Disciplinary Docket No. 3, |
| COURT FOR THE WESTERN | : | No. 66 DB 2017) |
| DISTRICT OF PENNSYLVANIA | : | |

**PETITION FOR REINSTATEMENT TO
THE BAR OF THE UNITED STATES DISTRICT COURT FOR
<u>THE WESTERN DISTRICT OF PENNSYLVANIA</u>**

Pursuant to LCvR 83.3.G, Petitioner, Anthony Charles Mengine, through undersigned counsel, Lamb McErlane PC, hereby petitions this Honorable Court for reinstatement to the bar of the United States District Court for the Western District of Pennsylvania, and in support thereof avers as follows:

1. Petitioner was suspended from the bar of the Commonwealth of Pennsylvania by Order of the Supreme Court of Pennsylvania dated November 26, 2019, entered in Disciplinary Proceeding No. 2656 Disciplinary Docket No. 3, No. 66 DB 2017, for a period of two years, with nine months to be served and the remaining fifteen months of suspension stayed. (A true and correct copy of the November 26, 2019 Order is attached as Exhibit "A" hereto.)

2. This Court imposed reciprocal discipline on Petitioner by Order entered February 20, 2020, at docket number Misc. 20-00002, thereby suspending Petitioner from the bar of the United States District Court for the Western District of Pennsylvania.

3. Petitioner was reinstated to active status to the bar of the Commonwealth of Pennsylvania by Order of the Supreme Court of Pennsylvania dated October 15, 2020, entered in Disciplinary Proceeding No. 2656 Disciplinary Docket No. 3, No. 66 DB 2017, which Order noted that Petitioner "remains subject to a fifteen-month period of probation under the conditions outlined in [the Pennsylvania Supreme] Court's Order dated November 26, 2019." (A true and correct copy of the October 15, 2020 Order is attached as Exhibit "B" hereto.)

4. During the ensuing term of Petitioner's probationary period, Petitioner complied with all the conditions of his probation as set forth in the Pennsylvania Supreme Court's Order dated November 26, 2019, and timely submitted quarterly reports to the Pennsylvania Office of Disciplinary Counsel, attesting Petitioner's compliance with the Rules of Professional Conduct.

5. By letter dated February 15, 2022, the Disciplinary Board of the Supreme Court of Pennsylvania terminated Petitioner's

2

probation, specifically noting that "all of the conditions of Petitioner's probation have been met, all costs of the proceeding have been paid, and no other formal proceedings for discipline are pending against [Petitioner] ...." (A true and correct copy of the February 15, 2022 letter is attached as Exhibit "C" hereto.)

6. Petitioner, now having been reinstated to active status to the bar of the Commonwealth of Pennsylvania, and with Petitioner's probation now having been terminated, seeks reinstatement to the bar of the United States District Court for the Western District of Pennsylvania.

WHEREFORE, Petitioner, Anthony Charles Mengine, respectfully requests that this Honorable Court enter an Order reinstating Petitioner to the bar of the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**LAMB McERLANE PC**

*[signature]*

Scot R. Withers
Pa. Attorney I.D. No. 84309
24 East Market Street
P.O. Box 565
West Chester, PA  19381-0565
(610) 430-8000

*Counsel for Petitioner,*
Anthony Charles Mengine

Date:  March 15, 2022